# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151800(32)

CLAM LAKE TOWNSHIP and HARING
CHARTER TOWNSHIP,
      Plaintiffs-Appellants,

v

DEPARMENT OF LICENSING AND
REGULATORY AFFAIRS / STATE BOUNDARY
COMMISSION, TERIDEE, LLC, and CITY OF
CADILLAC,
      Defendants-Appellees.
_____/

SC: 151800
COA: 325350
Wexford CC: 2014-025391-AA

      On order of the Chief Justice, the motion of the Michigan Municipal League for leave to participate as amicus curiae and file an amicus brief is GRANTED. The amicus brief submitted on November 6, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015

